# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4117
Lower Tribunal No. 2022-CA-001370

_____

FLORIDA ASSETS CRM 1, LLC and WATERVIEW COMMUNITY HOMEOWNERS ASSOCIATION 2, LLC,

Appellants,

v.

SPECIALIZED LOAN SERVICING, LLC,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Osceola County.
Chad K. Alvaro, Judge.

March 14, 2025

PER CURIAM.

DISMISSED. *See Terano Fin., LLC v. Bischoff*, 325 So. 3d 113, 114 (Fla. 5th DCA 2020); *Archer v. U.S. Bank Nat'l Ass'n*, 220 So. 3d 477 (Fla. 5th DCA 2017).

STARGEL and WOZNIAK, JJ., and LAMBERT, B.D., Associate Judge, concur.


Gregory Bryl, Sunny Isles Beach, for Appellants.

Shawn Taylor, of DeLuca Law Group, PLLC, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED